UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:22-CV-00042-GNS

THERESSA E. JOHNSON                                                                                          PLAINTIFF

v.

PENNYRILE ALLIED COMMUNITY SERVICES, et al.                                           DEFENDANTS

## JUDGMENT

This matter is before the Court on Defendants' Motion to Dismiss (DN 5), and the Court on this date having issued its Order granting the motion.

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Jessica Hull and Nicol Calhoun are **DISMISSED**.

This is a final and appealable order. There is no just reason for delay.

Greg N. Stivers, Chief Judge
United States District Court

February 3, 2023

cc:     counsel of record